UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 17 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MAVERICK CONSTRUCTION CORP., ) | |
| *Plaintiff,* ) | |
| v. ) | Civil Action No.: |
| ) | |
| BUILDING AND CONSTRUCTION ) | |
| TRADES COUNCIL OF BOSTON; ) | |
| LOCAL 103, INTERNATIONAL ) | |
| BROTHERHOOD OF ELECTRICAL ) | |
| WORKERS; and LOCAL 223, ) | **03 CV 12537 WGY** |
| LABORERS INTERNATIONAL UNION ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| *Defendants.* ) | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Maverick

Construction Corp. ("Maverick") states that it is wholly-owned by the Maverick Construction

Business Trust ("Trust"), a Massachusetts business trust. No publicly held company owns 10%

or more of the stock of Maverick or of the Trust . If necessary, Maverick will supplement this

statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and Local Rule 7.3.

Respectfully submitted,

MAVERICK CONSTRUCTION CORP.

By its attorneys,

David S. Rubin, BBO # 546213
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

BO:112657v1