# United States District Court

_____ DISTRICT OF _____

FILED
AT CLERK'S OFFICE
2004 JAN -8 A 11:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

Maverick Construction Corp.,

**SUMMONS IN A CIVIL CASE**

V.

Building and Construction Trades Council
of Boston; Local 103, International Brotherhood
of Electrical Workers; and Local 223,
Laborers International Union of North America

CASE NUMBER: 03 CV 12537 WGY

TO: (Name and address of defendant)

> Building and Construction Trades Council of Boston
> 12A Everdean Street, Suite 2
> Boston, Massachusetts 02122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> David S. Rubin, Esq.
> Epstein Becker & Green, P.C.
> 111 Huntington Ave.
> Boston, MA 02199

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  12-17-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/22/03 |
| NAME OF SERVER (PRINT) Lindsay P. Parker | TITLE |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: ___12 A Everdeen Street___
___Dorchester, MA___

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___Joe Enigro___

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/22/03___
            Date

Signature of Server

___6 Beacon St, BOston, MA___
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.