# United States District Court

_____ DISTRICT OF _____

Maverick Construction Corp.

**SUMMONS IN A CIVIL CASE**

V.

Building and Construction Trades Council
of Boston; Local 103 International
Brotherhood of Electrical Workers; and Local
223, Laborers International Union of
North America

CASE NUMBER:

FILED
IN CLERKS OFFICE
2004 JAN -8 A II: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

> Local 223, Laborers International Union of North America
> 12A Everdean Street
> Boston, Massachusetts 02122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> David S. Rubin, Esq.
> Epstein Becker & Green, P.C.
> 111 Huntington Ave.
> Boston, MA 02199

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(BY) DEPUTY CLERK    Pat Russo

DATE    12-17-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/22/03 |
|---|---|
| NAME OF SERVER (PRINT)  Lindsay P. Parker | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thomas Beatty

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/22/03
              Date

Signature of Server

6 Beacon St., Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure