UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK CONSTRUCTION CORP., )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>BUILDING AND CONSTRUCTION )<br>TRADES COUNCIL OF BOSTON; )<br>LOCAL 103, INTERNATIONAL )<br>BROTHERHOOD OF ELECTRICAL )<br>WORKERS; and LOCAL 223, )<br>LABORERS INTERNATIONAL UNION )<br>OF NORTH AMERICA, )<br>)<br>*Defendants*. ) | Civil Action No.: 03-CV-12537 (WGY) |

## CERTIFICATION OF MAVERICK CONSTRUCTION CORP.

Plaintiff Maverick Construction Corp. hereby affirms that it has conferred with counsel:

(a)     With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____     3/5/04
David S. Rubin, BBO# 546213          Date
Counsel for Plaintiff


_____     3/1/04
Michael McNally, President            Date
Maverick Construction Corp.