UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAVERICK CONSTRUCTION CORP., )
)
    Plaintiff, )
)
v. ) C.A. No. 03-12537-WGY
)
BUILDING AND CONSTRUCTION TRADES )
COUNCIL OF BOSTON; LOCAL 103, )
INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS; and LOCAL 223 )
LABORERS INTERNATIONAL UNION OF )
NORTH AMERICA, )
)
    Defendants. )
)

## DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), the undersigned defendant has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in LR 16.4

Dated: 3/9/04

Respectfully submitted,

*Michael Monahan*
Michael Monahan Local 103, International
Brotherhood of Electrical Workers

_____
Christopher N. Souris BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114 (617) 723-8440

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to David S. Rubin, Epstein, Becker & Green, P.C., 111 Huntington Avenue, Boston, MA 02199 and Thomas B. Coffey, Local Union 223 of the Laborers International Union of North America, 7 Laborers Way, Hopkington, MA 01748

_____
Christopher N. Souris