3-10-04
CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICH CONSTRUCTION CORP., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>BUILDING AND CONSTRUCTION )<br>TRADES COUNCIL OF BOSTON; )<br>LOCAL 103, INTERNATIONAL )<br>BROTHERHOOD OF ELECTRICAL )<br>WORKERS; and LOCAL 223, )<br>LABORERS INTERNATIONAL UNION )<br>OF NORTH AMERICA, )<br>)<br>*Defendants.* )<br>) | Civil Action No.: 03-CV-12537 (WGY)<br><br>*March 12, 2004*<br>YOUNG, D.J. *as modified*<br>So ordered as the case management<br>schedul<br>  Discovery due *July 30, 2004*<br>  Dispositive Motions due *Sept. 17, 2004*<br><br>*William G. Young*<br>U.S. District Judge |

### FEDERAL RULE 26(f) REPORT
### AND JOINT STATEMENT OF THE PARTIES

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Rule 16.1(D) of the Local Rules for the District of Massachusetts, the parties in the above-captioned action hereby certify that they have conferred and state the following matters for the Court's consideration at the Scheduling Conference for this matter on March 15, 2004.

A.   **Joint Discovery/Motion and Litigation Plan**

For discovery, motions and general litigation, the parties propose the following schedule:

1.   March 15, 2004: Initial disclosures shall have been made pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), and fact discovery shall commence.

2.   July 30, 2004: Fact discovery shall conclude.

3.   September 17, 2004: Summary judgment motions shall be filed.

4.   November 29, 2004: ~~Final pre-trial conference;~~ *7/29* entry onto running trial list.

BO:118126v2

**B.      Resolution by Magistrate/Mediation/ADR Program**

The parties do not agree to mediation, ADR, or trial before a Magistrate Judge at this time.

**C.      Certifications**

Certifications signed by counsel and an authorized representative of each party pursuant to Local Rule 16.1(D)(3) have been or are being filed directly by the parties.

Respectfully submitted on this ____ day of March, 2004.

_____
David S. Rubin, BBO # 546213
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000
**Counsel For Plaintiff**
**MAVERICK CONSTRUCTION CORP.**


_____
Christopher N. Souris, BBO # 556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
**Counsel for Defendants**
**BUILDING AND CONSTRUCTION TRADES COUNCIL OF BOSTON and**
**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 103**

BO:118126v2                                        2

_____
Thomas B. Coffey, Jr., BBO # 087980
Regional Attorney, Massachusetts Division
7 Laborers' Way
Hopkinton, MA  01748
(508) 435-4164
**Counsel for Defendant**
**LOCAL 223, LABORERS INTERNATIONAL UNION OF NORTH AMERICA**