UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK CONSTRUCTION CORP. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BUILDING AND CONSTRUCTION )<br>TRADESCOUNCIL OF BOSTON; )<br>LOCAL 103, INTERNATIONAL )<br>BROTHERHOOD OF ELECTIRCAL )<br>WORKERS; AND LOCAL 223 OF )<br>THE LABORERS' INTERNATIONAL )<br>UNION OF NORTH AMERICA )<br>)<br>Defendants )<br>) | C.A. No. 03-12537- WGY |

### DEFENDANT'S MOTION TO FILE IT'S LOCAL RULE 16.1(D)(3) CERTIFICATION OUT OF TIME

Comes now Defendant LIUNA Local 223 and requests leave of the Court to file its' Local Rule 16.1(D)(3) Certification out of time for the following reasons:

(1) When counsel attempted to secure the signature of the business manager of defendant LIUNA Local Union 223, counsel was advised that he was out of state and would not otherwise be available until after the deadline for submission; and

(2) Based upon a prior conversation with the business manager of defendant LIUNA Local Union 223, counsel was able to agree to the timely submission of the Federal Rule 26(f) Report and Joint Statement of the Parties, thereby avoiding any unnecessary delay, or prejudice to any party, in this matter.

Respectfully submitted this 12th day of March, 2004.

Thomas B. Coffey, Jr. BBO#087980
Office of the Regional Attorney
7 Laborers' Way
Hopkinton, MA            01748
Counsel for Defendant LIUNA Local 223