UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAVERICK CONSTRUCTION CORP.<br><br>Plaintiff<br><br>v.<br><br>BUILDING AND CONSTRUCTION TRADESCOUNCIL OF BOSTON; LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTIRCAL WORKERS; AND LOCAL 223 OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA<br><br>Defendants | C.A. No. 03-12537- WGY |

### PLAINTIFF'S AGREEMENT TO ALLOW DEFENDANT LOCAL 223 TO FILE AN AMENDED ANSWER PURSUANT TO RULE 15(a)

Counsel for the Plaintiff hereby gives permission to allow Defendant Local 223 to file the proposed "AMENDED ANSWER OF LOCAL 223, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA" in the above-captioned case.

_____
David S. Rubin, BBO # 546213
EPSTEIN, BECKER 7 GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000
Counsel for Plaintiff
MAVERICK CONSTRUCTION CORP.

## CERTIFICATION OF SERVICE

I, Thomas B. Coffey, Jr., hereby certify that I caused a copy of the foregoing to be mailed this /5th day of March 2004, to David S. Rubin, Esq., Epstein, Becker & Green, PC., 111 Huntington Avenue, Boston, MA 02199 and Christopher N. Souris, Esq., Krakow & Souris, LLC, 225 Friend Street, Boston, MA 02114.

*[signature]*