UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAVERICK CONSTRUCTION CORP.        )
                                   )
        Plaintiff                  )
                                   )
        v.                         )   C.A. No. 03-12537- WGY
                                   )
BUILDING AND CONSTRUCTION          )
TRADESCOUNCIL OF BOSTON;           )
LOCAL 103, INTERNATIONAL           )
BROTHERHOOD OF ELECTIRCAL          )
WORKERS; AND LOCAL 223 OF          )
THE LABORERS' INTERNATIONAL        )
UNION OF NORTH AMERICA             )
                                   )
        Defendants                 )
                                   )

## DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), the undersigned defendant has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course -and various alternative courses- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Dated: 3-12-04                Respectfully submitted:

                              _____
                              Martin Walsh, Business Manager
                              Local Union 223 LIUNA

                              _____
                              Thomas B. Coffey, Jr. BBO#087986
                              Office of the Regional Attorney
                              7 Laborers' Way
                              Hopkinton, MA            01748

## CERTIFICATION OF SERVICE

I, Thomas B. Coffey, Jr., hereby certify that I caused a copy of the foregoing to be mailed this 26th day of March 2004, to David S. Rubin, Esq., Epstein, Becker & Green, PC., 111 Huntington Avenue, Boston, MA 02199 and Christopher N. Souris, Esq., Krakow & Souris, LLC, 225 Friend Street, Boston, MA 02114.