# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>03-12537-WGY</u>

MAVERICK CONSTRUCTION CORP.
Plaintiff

v.

BUILDING AND CONSTRUCTION  TRADES COUNCIL OF BOSTON, ET AL
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, C.J.

      The Court having been advised on October 4, 2004,  that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

 /s/ Marie Bell
Deputy Clerk

October 5, 2004

To: All Counsel