UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAVERICK CONSTRUCTION CORP., )
        )
    Plaintiff, )
        )
v. ) C.A. No. 03-12537-WGY
        )
BUILDING AND CONSTRUCTION TRADES )
COUNCIL OF BOSTON; LOCAL 103, )
INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS; and LOCAL 223 )
LABORERS INTERNATIONAL UNION OF )
NORTH AMERICA, )
        )
    Defendants. )

## STIPULATION OF DISMISSAL

In accordance with F. R. Civ. P. Rule 41(a)(1) the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys fees.

Respectfully submitted,

David S. Rubin
BBO #546213
Daniel J. Blake
BBO #552922
Epstein, Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199
617-342-4000

_____
Attorneys for Maverick Construction

Christopher N. Souris
BBO #556343
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
617-723-8440

_____
Attorney for IBEW Local No. 103
and Building & Construction Trades
Council of Boston

Thomas B. Coffey
BBO #087980
LIUNA Office of the Regional Attorney
7 Laborers Way
Hopkington, MA 01748
508-435-4164

_____
Attorney for LIUNA Local No. 223